**IN THE UNITED STATES DISTRICT COURT**
         **FOR THE DISTRICT OF MARYLAND**


**Marc Nelson, et al**           *
         **Plaintiff(s)**
                                 *

         **vs.**                                    **Civil No.:  CBD-18-824**

                                 *

**Turntable, LLC, et al**        *
         **Defendant(s)**
                              ******


### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

     In accordance with 28 U.S.C. 636 and Local Rules 301 and 302 of the United States District Court for the District of Maryland, this case is hereby referred to the Honorable Charles B. Day, United States Magistrate Judge for said District, for all proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c) by consent of the parties.  This case also is referred to the Honorable Jillyn K. Schulze for settlement or other ADR conference.


Date: May 14, 2018                                   /s/
                                                   Theodore D. Chuang
                                                   United States District Judge