# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARC NELSON, TALIS PETROPOULOUS** <br> **and ELIZABETH FESSEL** <br> **on behalf of themselves and** <br> **all others similarly situated** | : <br> : <br> : <br> : <br> : | |
| **Plaintiffs,** | : <br> : | |
| v. | : <br> : | CASE NO.:  Case 8:18-cv-00824 |
| **TURNTABLE, LLC. d/b/a MOMO** <br> **and SUNG Y. KIM** | : <br> : <br> : | |
| **Defendants.** | : | |

## JOINT MOTION TO MODIFY THE REMAINING DEADLINES ON THE SCHEDULING ORDER PENDING THE OUTCOME OF THE SETTLEMENT CONFERENCE

The parties, by and through undersigned counsel, for good cause, jointly move this Court to modify the current scheduling order and, in support, state:

1. Plaintiffs Marc Nelson, Talis Petropoulous and Elizabeth Fessel have filed this wage and hour action against their former employer Turntable, LLC, and its president and owner, Sung Y. Kim.

2. On April 25, 2018, the Court entered a Scheduling Order (DKT 7) providing for, among other things, the completion of discovery by September 6, 2018, requests for admission by September 13, and notice of intent to file a pre-trial dispositive motion by September 20, 2018.

3. Since entry of the scheduling order, the parties have exchanged written discovery and responses to the same, and consented to a settlement conference before Judge Schulze. The Scheduling Conference is scheduled for September 27, 2018. (DKT 14)

4. The parties have been communicating and cooperating on the production of documents.

5. Counsel for Plaintiffs believes, based on the discovery produced thus far, that the Plaintiffs have sufficient information to present a reasoned and informed settlement proposal.

6. The parties prefer to defer the taking of depositions (and related costs) and additional discovery until after the settlement conference (should it be unsuccessful).

7. The parties therefore suggest that the Scheduling Order be amended as follows:

| Completion of Discovery | December 6, 2018 |
|---|---|
| Requests for Admission | December 13, 2018 |
| Notice of Intent to File a Pre-trial Dispositive Motion | December 20, 2018 |

8. No party would be prejudiced by the requested extension.

WHEREFORE, for all of the foregoing reasons, the parties respectfully ask the Court to modify the scheduling order as requested above.

Respectfully submitted,


____/S/ _____          ____/S/ _____
James E. Rubin, Bar No. 15605           (signed by James Rubin w/permission)
THE RUBIN EMPLOYMENT LAW FIRM           Sean T. Morris
600 Jefferson Plaza, Suite 204          THE MORRIS LAW FIRM LLC
Rockville, MD 20853                     4845 Rugby Avenue, Suite 302
Telephone: (301) 760-7914               Bethesda, Maryland 20814
jrubin@rubinemploymentlaw.com           301.654.6570 (o)
                                        stm@morrisesq.com
Counsel for Plaintiffs
                                        Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on, August 10th, 2018, a true and correct copy of the foregoing was filed via ECF and served upon:

Sean T. Morris
THE MORRIS LAW FIRM LLC
4845 Rugby Avenue, Suite 302
Bethesda, Maryland 20814
301.654.6570 (o)
stm@morrisesq.com

             _____/s/_____
             James E. Rubin, Bar No. 15605