UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

August 28, 2018

To: Counsel of Record

Re: <u>Marc Nelson, et al. v. Turntable, LLC, et al.</u>
Case No. CBD-CBD-18-824

Dear Counsel:

The above-referenced case was referred to me for all proceedings, pursuant to 28 U.S.C. § 636(c) and Local Rule 301.4, on May 14, 2018 (ECF 9).

The scheduling order that Judge Chuang entered on April 25, 2018 will govern this case. The deadline for the completion of discovery and the submission of a joint status report is September 6, 2018..  A memorandum outlining my discovery policy is attached.

After the resolution of any dispositive pretrial motions, I will contact you regarding a trial date and related scheduling, if appropriate at that time. Finally, please note that my initials, as listed above, should be used on all further correspondence and filings with the Court.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/
Charles B. Day
United States Magistrate Judge